■ In the Matter of the Arbitration between the CITY OF ONEIDA, Appellant, and CIVIL SERVICE EMPLOYEES ASSOCIATION, ONEIDA CITY UNIT OF THE MADISON COUNTY CHAPTER, CSEA, INC., Respondent.—Appeal from a judgment of the Supreme Court at Special Term, entered July 2, 1979 in Madison County, which (1) denied petitioner's application to vacate an arbitrator's award, and (2) confirmed the award. Judgment affirmed, without costs, on the opinion of Mr. Justice Zeller at Special Term. Sweeney, J. P., Main, Mikoll, Casey and Herlihy, JJ., concur.